Michael Shemtoub, Esq.   SBN: 253948
BEVERLY LAW
4929 Wilshire Blvd., Suite 702
Los Angeles, CA 90010
T: (310) 552-6959
F: (323) 421-9397

Attorney for Mariya Ayzenberg

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LLC, | Chapter 11, subchapter V |
| Debtor. | Adv. No.: 1:20-ap-01062-VK |
| MARIYA AYZENBERG, | EVIDENTIARY OBJECTIONS TO "DECLARATION OF DAVID GOLUBCHIK RE: ALLEGED WITHDRAWAL OF LIS PENDENS BY PLAINTIFF MARIYA AYZENBERG IN CONNECTION WITH OSC" DOC 8 |
| Plaintiff, | |
| vs. | |
| LEV INVESTMENTS, LLC; DMITRI LUDKOVSKI; RUVIN FEYGENBERG; MICHAEL LEIZEROVITZ; SENSIBLE CONSULTING AND MANAGEMENT, INC. and DOES 1 through 100, inclusive, | Date:     July 29, 2020<br>Time:     1:30 p.m.<br>Location: Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES ENTITLED TO NOTICE:**

Plaintiff Mariya Ayzenberg, hereinafter Plaintiff or Ayzenberg, hereby submits her evidentiary objections to DECLARATION OF DAVID GOLUBCHIK RE: ALLEGED WITHDRAWAL OF LIS PENDENS BY PLAINTIFF MARIYA AYZENBERG IN CONNECTION WITH OSC, DOC 8

1

**<u>EVIDENTIARY OBJECTION BY MARIYA AYZENBERG TO THE ENTIRETY OF THE DECLARATION OF DAVID GOLUBCHIK RE: ALLEGED WITHDRAWAL OF LIS PENDENS BY PLAINTIFF MARIYA AYZENBERG IN CONNECTION WITH OSC</u>**

The entire Dec. of Mr. Golubchik dated July 10, 2020, Doc. Number 8 is entirely irrelevant, prejudicial, confusing, and lacking in merit and thus does not constitute admissible evidence pursuant to Fed. R. Evid. 401, 402, 403, 404, 602, as the entirety of the Declaration is irrelevant, lacked foundation, and does not appear to be within the witness's personal knowledge and is speculative.

Ninth Circuit precedent does not permit conclusory evidentiary objections that do not provide an "explanation as to why did testimony in question is objectionable." *Cal. for Disability v. Cal. Dept. of Transp*, 249 F.R.D. 334, 349-50 (N.D. Cal. 2008) citing *Dukes v. Wal-Mart, Inc.*, 222 F.R.D. 189, 199 (N.D. Cal.2004).

The Declaration of Mr. Golubchik is irrelevant on many grounds as it does not assist in establishing jurisdiction. The removing "parties who invoked the federal court's removal jurisdiction have the burden of establishing federal jurisdiction." See *Emrich v. Touche Ross Co.*,846 F.2d 1190, 1195 (9th Cir. 1988) (citing *Wilson v. Republic Iron Steel Co.*,257 U.S. 92, 97 (1921)); "There is a strong presumption against removal jurisdiction, and the defendant bears the burden of proving that removal jurisdiction exists. *Hunter v. Philip Morris USA,* 582 F.3d 1039, 1042 (9th Cir. 2009). The court resolves all ambiguity in favor of remand to state court. *Hunter*, 582 F.3d at 1042." *In re Availability of Cer. Rec. Fromsierra Co. Super*, NO: CV-10-472-RMP, at *4 (E.D. Wash. Jan. 14, 2011)

In summing up and stating the obvious as to the utter irrelevancy of the inflammatory declaration submitted by the Debtor and the DIP: removal of a ***<u>dismissed</u>*** state action is prohibited ***under any circumstance***; <u>***such removal is categorically proscribed***</u> and a ***removed state dismissed case*** to federal court is an idle act that must not be given oxygen for removal has been attempted in absence of jurisdiction. *Rodeo Steel Metal, Inc. v. Navigators Insurance Company*, No. C 02-4049 SI, at *1 (N.D. Cal. Jan. 10, 2003) ("The Court agrees with plaintiffs. *It is evident to this Court that the State Court action was <u>dismissed before the Notice of Removal was effectuated</u>, and therefore this action was not properly removed to*

Case 1:20-ap-01062-VK    Doc 9    Filed 07/10/20    Entered 07/10/20 22:52:19    Desc
Main Document    Page 3 of 6

*federal Court. It is also evident that a remand is the proper action to take in this case, rather than a dismissal in a case in which this Court does not have jurisdiction.* Therefore, the Court GRANTS plaintiffs' motion to remand.") (emphasis added).

As an aside, but just as objectionable as the remainder of the Declaration submitted by the DIP and the Debtor which do not provide any basis for removal of the dismissed action, are the misleading attachments and the inflammatory statements of Mr. Golubchik to Mr. Kapp, as captured in Mr. Golubchik June 15, 2020, email to Mr. Kapp wherein Mr. Golubchik (who has been practicing law since 1996), to Mr. Kapp (who has been an upstanding member of the BAR since 1979), wherein Mr. Golubchik refers to Mr. Kapp as "prickish" and admonished and warns Mr. Kapp that Mr. Golubchik that "I will stoop to your level[.]"  See **Ex. B**, DOC 8, pg 12 of 16.

To add to the confusion and needlessly frustrate the proceedings, the DIP and the Debtor present testimony that implies that Mr. Kapp had remained uncommitted to execution of the Withdrawal of the Lis Pendens as late as June 15, 2020.  What the Debtor and the DIP suppress is the fact that the June 15, 2020, was a response to colorful dialogue lunched by the representative of the Debtor and the DIP that involved not a Withdrawal of the Lis Pendens executed by Mr. Kapp (as the June 5, 2020, Notice of Withdrawal of the Lis Pendens was) but rather was one that sought to have Ms. Ayzenberg execute a document titled "NOTICE OF REMOVAL OF NOTICE OF PENDENCY" which had been drafted by Mr. Golubchik on June 8, 2020, by "MARIYA AYZENBERG, Plaintiff" (in pro per).

The Debtor and DIP and in bad faith removed a dismissed case to  the United States Bankruptcy Court, alleging applicability of inapplicable reasons and statutes as cause, and have since the time of the improper removal,  been improperly focusing the misdirecting the attention of the Bench on smoke, when they have been setting "facts" ablaze.  DOC 8 is a unworthy of judicial recognition and the objection to it must be sustained in the entirety.

Respectfully submitted,

Dated: July 10, 2020    BEVERLY LAW

By _____
Michael Shemtoub, Esquire
Attorney for Mariya Ayzenberg

3

EVIDENTIARY OBJECTIONS TO "DECLARATION OF DAVID GOLUBCHIK RE: ALLEGED WITHDRAWAL OF LIS PENDENS BY PLAINTIFF MARIYA AYZENBERG IN CONNECTION WITH OSC" DOC 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Blvd, Suite 702, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **EVIDENTIARY OBJECTIONS TO "DECLARATION OF DAVID GOLUBCHIK RE: ALLEGED WITHDRAWAL OF LIS PENDENS BY PLAINTIFF MARIYA AYZENBERG IN CONNECTION WITH OSC" DOC 8**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7-10-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

                                                               X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7-10-2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                                               X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07-10-2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

                                                               X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-10-2020 | Michael Shemtoub, Esq. | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                           **F 9013-3.1.PROOF.SERVICE**

```
0973-1                                                                              Franchise Tax Board
Case 1:20-bk-11006-VK              ATTN BANKRUPTCY UNIT                             Bankruptcy Section MS: A-340
Central District of California     PO BOX 54110                                     P. O. Box 2952
San Fernando Valley                LOS ANGELES CA 90054-0110                        Sacramento, CA 95812-2952
Tue Jun 16 14:06:24 PDT 2020

Internal Revenue Service
PO Box 7346                                                                         Lev Investments, LLC
Philadelphia, PA 19101-7346                                                         13854 Albers Street
                                                                                    Sherman Oaks, CA 91401-5811



(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL   Securities & Exchange Commission                 San Fernando Valley Division
LOS ANGELES CA 90012-3224          444 South Flower St., Suite 900                  21041 Burbank Blvd,
                                   Los Angeles, CA 90071-2934                       Woodland Hills, CA 91367-6606



FR, LLC
c/o Michael Shemtoub, Esq.         Franchise Tax Board                              G&B Law, LLP
4929 Wilshire Blvd., suite 702     Special Procedures                               Attn:  James R. Felton
Los Angeles, CA 90010-3824         POB 2952                                         16000 Ventura Blvd., suite 1000
                                   Sacramento, CA 95812-2952                        Encino, CA 91436-2762


(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS  Jeff Nodd, Esq.                                  LDI Ventures, LLC
PO BOX 7346                        15250 Ventura Blvd                               423 N Palm dr
PHILADELPHIA PA 19101-7346         Encino, CA 91403-3201                            Beverly Hills, CA 90210-3974



Landmark Land, LLC
Attn Alex Polovinchik              Michael Leizerovitz                              Michael Masinovsky
860 Via De La Paz, suite E-1       15 Via Monarca St.                               21810 Eaton Place
Pacific Palisades, CA 90272-3668   Dana Point, CA 92629-4082                        Cupertino, CA 95014-1182



Ming Zhou
Thomas Krantz, Esq.                (p)REAL PROPERTY TRUSTEE  INC                   Sensible Consulting & Mgmt Inc
2082 Michelson Drive, Suite 212    ATTN MIKE KEMEL                                  c/o John Burgee Esq.
Irvine, CA 92612-1213              PO BOX 17064                                     20501 Ventura Boulevard, Suite 262
                                   BEVERLY HILLS CA 90209-3064                      Woodland Hills, CA 91364-6410


Thomas Sands, Esq.
The Sands Law Group, APLC          U.S. Trustee  San Fernando  Valley               United States Trustee (SV)
205 South Broadway, Suite 903      915 Wilshire Blvd.                               915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90012-3618         Suite 1850                                       Los Angeles, CA 90017-3560
                                   Los Angeles, CA 90017-3560


Caroline Renee Djang (TR)
18101 Von Karman Ave., Suite 1000  David B Golubchik                                Juliet Y Oh
Irvine, CA 92612-0164              Levene Neale Bender Yoo & Brill LLP              10250 Constellation Blvd Ste 1700
                                   10250 Constellation Blvd Ste 1700                Los Angeles, CA 90067-6253
                                   Los Angeles, CA 90067-6253
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27