Michael Shemtoub, Esq.   SBN: 253948
BEVERLY LAW
4929 Wilshire Blvd., Suite 702
Los Angeles, CA 90010
T: (310) 552-6959
F: (323) 421-9397

Attorney for Mariya Ayzenberg

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LLC, | Chapter 11, subchapter V |
| Debtor. | Adv. No.: 1:20-ap-01062-VK |
| MARIYA AYZENBERG, | **MARIYA AYZENBERG' S OBJECTS TO THE MISUSE OF THE WORD "AGREE" IN THE COURTS' TENTATIVE ORDER REMANDING MATTER BACK TO STATE COURT** |
| Plaintiff, | |
| vs. | |
| LEV INVESTMENTS, LLC; DMITRI LUDKOVSKI; RUVIN FEYGENBERG; MICHAEL LEIZEROVITZ; SENSIBLE CONSULTING AND MANAGEMENT, INC. and DOES 1 through 100, inclusive, | Date:          July 29, 2020<br>Time:          1:30 p.m.<br>Location:     Courtroom 301<br>               21041 Burbank Blvd.<br>               Woodland Hills, CA 91367 |
| Defendants. | |

## MARIYA AYZENBERG OBJECTS TO THE MISUSE OF THE WORD "AGREE" IN THE COURTS' TENTATIVE ORDER REMANDING MATTER BACK TO STATE COURT:

The Court on July 27, 2020 at 11:19 AM issued a tentative order wherein it said"

"In light of the fact that the plaintiff and the debtor ***agree*** to remand

this matter, and because the other defendants did not timely respond

to the Court's Order to Show Cause, the Court will remand this

action." (Emphasis added).

1

Since the inception of this bizarre and insane persecution of Ms. Ayzenberg at the direction and at the insistence of Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, there has not been anything that has been "agreed" upon.

It disrespectS history to state that the Israelites and the Egyptians "agreed" to let the Israelites go; it is just as disrespectful to history to state that the Nazis "agreed" that the Jewish be let-free from concentration camps; it is no less disrespectful to history to state that Leven, Neale, Bender, Yoo and Brill, LLP, being led by partner Mr. Golubchik, "agreed" to free Ms. Ayzenberg a lawsuit (Leven, Neale, Bender, Yoo and Brill, LLP have still maintained jurisdiction over Mariya Ayzenberg by claiming that on **July 16, 2020** that Mr. Shemtoub, Esq. was served on her behalf by way of a proof of service dated ***June 17, 2020*** (revealing that they fashioned the proof of service 31 days prior to allegedly serving it) a deposition to occur in August 18, 2020 (see **exhibits A** through **C** respectfully).

This situation created by Mr. Golubchik is worse (if loss of life was not a factor) as Mr. Golubchik was entrusted with the secrets, with the confidences, and with the knowledge of how to hurt an elderly woman like Ms. Ayzenberg, who would die within days without her colostomy bag and when Mr. Golubchik counted on Mariya Ayzenberg dying and Mr. Golubchik solely for the sake of personal profits began representing her enemy; giving to him her secrets.

Offense is taken at the Court's use of the word "Agree". Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, did not "agree" to anything; Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, were forced to learn the law at a substantial expense. Mariya Ayzenberg did not agree that anything that the Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, did or was doing were morally fit; she also contended and still contends that their acts were also acts that were professionally unfit. The lessons that the Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, and their counsel have learned in this action do not lesson the pain that they have caused Ms. Ayzenberg

OBJECTION TO THE MISUSE OF THE WORD "AGREE" IN THE COURTS' TENTATIVE ORDER
REMANDING MATTER BACK TO STATE COURT

to suffer; Mr. Lioudkovski, Mr. Feygenberg, Mr. Leizerovitz, Sensible Consulting and Management and Lev Investment, LLC, and their counsel must pay and dearly they will.

It is respectfully requested that the Court withdraw from its ultimate ruling the word "agree." If there was an "agreement", Ms. Ayzenberg would not now be in debt for nearly $65,000.00 in attorneys' fees defending herself and attempting to have Mr. Golubchik from further misuse of her secrets and confidences. Had there been an "agreement" Ms. Ayzenberg would not have had to spend money in preparing Memorandum Of Points And Authorities Memorandum Of Points And Authorities In Support Of Remand In Response To The Order To Show Cause Re Remand And Status Conference Filed By Plaintiff Mariya Ayzenberg [DOC no 7] on July 10, 2020, suffer through countless sleepless nights worrying about why she was being harassed again and how long the harassment by a LLC, who is felt by many to be the "home" to Kapo of Judenrats, last.

Unlike the "home" of the Juderants, the Juderants themselves are unprotected by §362 of the Code. 11 USCA § 524(e), *Matter of Edgeworth, M.D.* (5th Cir. 1993) 993 F.2d 51, 53.

## CONCLUSION

The Court dehumanize is Ms. Ayzenberg by the use of the word "agree" by the Court desecrates and minimize Mariya Ayzenberg ordeal, her pain and her suffering. The Court titles the "end" as an "agreed" one. Mr. Golubchik had sent dozens of such "agreements" that failed to account for the conduct that finds solace nowhere; especially in the law. "Learned Hand is reputed to have said that as a litigant, I should dread a lawsuit beyond almost anything else short of sickness and of death." *Merenda v. Superior Court* 3 Cal.App.4th 1, *11. Ms. Ayzenberg is sick and near death, and it is unbecoming to call the other form hostility as she's' been forced to contend with "agreed" upon. Ms. Ayzenberg is not a masochist and she should not be confused for one.

Respectfully submitted,

Dated: July 27, 2020                    BEVERLY LAW

By _____

Michael Shemtoub, Esquire
Attorney for Mariya Ayzenberg

3

OBJECTION TO THE MISUSE OF THE WORD "AGREE" IN THE COURTS' TENTATIVE ORDER
REMANDING MATTER BACK TO STATE COURT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 4929 Wilshire Blvd, Suite 702, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **MARIYA AYZENBERG' S OBJECTS TO THE MISUSE OF THE WORD "AGREE" IN THE COURTS' TENTATIVE ORDER REMANDING MATTER BACK TO STATE COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7-27-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com,
C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;
DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

                                                 X    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 7-27-2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

                                                 X    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07-27-2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

                                         X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 7-27-2020 | Michael Shemtoub, Esq. | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF DEPOSITION OF MARIYA AYZENBERG AND REQUEST FOR PRODUCTION OF DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**   Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

N/A

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 16, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*__Served by Personal Delivery on July 16, 2020 at 4:50 p.m.__*
Jessica Flores accepted service on behalf of:
Michael Shemtoub, Esq.
Beverly Law
4929 Wilshire Blvd, Suite 702
Los Angeles, CA 90010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| June 17, 2020 | Andy Torres | |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

# EXHIBIT "B"

4.      A copy of your driver's license and United States Passport which evidences your signature – you are welcome to redact all personal information other than your name, your photo, your signature and date of document.

### **Subject Matter for Depositions**

1.      YOUR testimony in support of the Motion.

Dated: July 16, 2020                              LEV INVESTMENTS, LLC

                                                  By:___/S/ *David B. Golubchik*_____
                                                       DAVID B. GOLUCHIK
                                                       JULIET Y. OH
                                                       LEVENE, NEALE, BENDER, YOO
                                                            & BRILL L.L.P.
                                                       Proposed Attorneys for Debtor and
                                                       Debtor in Possession

4

# EXHIBIT "C"

1  DAVID B. GOLUBCHIK (SBN 185520)
   JULIET Y. OH (SBN 211414)
2  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email:  DBG@LNBYB.COM; JYO@LNBYB.COM

6  Proposed Attorneys for Chapter 11 Debtor and
7  Debtor-in-Possession

8                 **UNITED STATES BANKRUPTCY COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10                **SAN FERNANDO VALLEY DIVISION**

11

12 In re:                                    Case No.: 1:20-bk-11006-VK

13 LEV INVESTMENTS, LC,                      Chapter 11

14          Debtor and Debtor in  Possession.   **DEBTOR'S NOTICE OF DEPOSITION OF**
15                                              **MARIYA AYZENBERG AND REQUEST**
                                                **FOR PRODUCTION OF DOCUMENTS**
16
                                             Deposition Date
17                                           Date:  August 18, 2020
18                                           Time: 10:00 a.m.
                                             Place: Via Zoom or other video format or at
19                                                  Levene, Neale, Bender, Yoo
20                                                  & Brill L.L.P.
                                                    10250 Constellation Blvd, Suite 1700
21                                                  Los Angeles, California 90067

22                                           Document Production Date:
23                                           Date:  August 17, 2020
                                             Time: 10:00 a.m.
24                                           Place: Levene, Neale, Bender, Yoo
                                                    & Brill L.L.P.
25                                                  10250 Constellation Blvd, Suite 1700
                                                    Los Angeles, California 90067
26

27

28

                                            1

**PLEASE TAKE NOTICE** that, pursuant Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rule 7030 of the Federal Rules of Bankruptcy Procedure which incorporates by reference Rule 30 of the Federal Rules of Civil Procedure, in connection with the contested matter initiated by the "*Emergency Motion To Recuse David Golubchik And The Law Firm Of Levene, Neale, Bender, Yoo & Brill LLP, From All Further Participation In This Case, All Related Cases, And For An Order Disgorging All Funds Received By The Firm Due To Undisclosed Conflicted Representation Of The Debtor In Re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209*" (Docket No. 56) (the "**Motion**") filed by Mariya Ayzenberg ("**Ayzenberg**") and Mike Kemel ("**Kemel**"), Lev Investments, LLC, the debtor in possession in the above-entitled chapter 11 case, will conduct the deposition upon oral examination of Ayzenberg on the topics set forth below and for the documents described in the Requests For Production below, on **August 18, 2020 at 10:00 a.m. (Pacific Time)** at the offices of Levene, Neale, Bender, Yoo & Brill, L.L.P., 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067. The deposition will be recorded by stenographic and/or audio-visual means. Ayzenberg is represented by counsel, Michael Shemtoub, Esq. of Beverly Law, who maintains offices at 4929 Wilshire Blvd Suite 915, Los Angeles, CA 90010.

## Request for Production of Documents

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 34 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7034 and 9014 of the Federal Rules of Bankruptcy Procedure, Ayzenberg must produce, on or before **August 17, 2020, at 10:00 a.m.,** at the offices of Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, or such other time and location as the parties may agree and permit the inspection and copying of any and all documents requested in the Requests for Production of Documents contained below.

## Definitions

For purposes of the Requests for Production of Documents, the terms listed below will have the following meanings:

1.      "Bankruptcy Case" means the chapter 11 bankruptcy case commenced by the Debtor.

2.      "David" means and refers to David Golubchik and Levene, Neale, Bender, Yoo & Brill L.L.P.

3.      "Debtor" means Lev Investments LLC.

4.      "Documents" have the meaning the ascribed in the Federal Rules of Civil Procedure, as made applicable by the Federal Rules of Bankruptcy Procedure, and includes, without limitation, all electronically stored information in addition to documents or data maintained in hard copy or other format.

5.      "Communications" means all forms of correspondence including, but not limited to e-mail, written, recorded or otherwise documented.

6.      "Motion" means and refers to that certain "*Emergency Motion To Recuse David Golubchik And The Law Firm Of Levene, Neale, Bender, Yoo & Brill LLP, From All Further Participation In This Case, All Related Cases, And For An Order Disgorging All Funds Received By The Firm Due To Undisclosed Conflicted Representation Of The Debtor In Re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209*" (Docket No. 56).

7.      "Ayzenberg" or "you" or "your" means Mariya Ayzenberg including, without limitation, her agents, representatives, employees and partners.

### Requests For Production Of Documents

Please produce the following documents:

1.      All Documents, Correspondence and materials between YOU and DAVID during the period of January 1, 2017 to June 1, 2020.

2.      All Documents, Correspondence and materials with respect to services which YOU contend that DAVID performed on YOUR behalf or for YOUR benefit during the period of January 1, 2017 to June 1, 2020.

3.      All Documents, Correspondence and materials which support YOUR statements in YOUR declaration executed on June 25, 2020 in support of the Motion.